### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAUL BERUBE, M.D.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CV NO. 05-4176-JPG |
| | ) |
| **RURAL HEALTH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   January 31, 2007**

              **NORBERT JAWORSKI, CLERK**

              **By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
      **U. S. DISTRICT JUDGE**